IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAYRANGE LLC,

Plaintiff,

v.

ALLIANCE LAUNDRY SYSTEMS LLC,

Defendant.

OPINION and ORDER

26-cv-508-jdp

---

Plaintiff PayRange LLC makes dongles that process mobile payments for commercial laundry machines, such as those made by defendant Alliance Laundry Systems LLC. PayRange seeks preliminary injunctive and declaratory relief to stop Alliance from representing to PayRange's customers that, as of June 8, 2026, PayRange's products will no longer be authorized to work with Alliance's machines. Dkt. 5.

Alliance may have 21 days from the date PayRange files proof of service to respond to the motion for a preliminary injunction; PayRange may have another 7 days to reply. The parties must follow the court's procedures on motions for injunctive relief, which are available on the court's website under Local Procedures. After reviewing the parties' submissions, the court will determine whether a hearing is needed. PayRange is directed to promptly serve this order, the complaint, and all its motion papers on Alliance.

ORDER

IT IS ORDERED that:

1. Alliance may have 21 days from the date PayRange files proof of service to respond to the motion for a preliminary injunction, Dkt. 5; PayRange may have another 7 days to reply.

2.  PayRange is directed to promptly serve this order, the complaint, and all its motion
    papers on Alliance.

Entered June 3, 2026.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge